Fred Stein, Edward E. Glatt and Nathan B. Lans, Appellants, v. East Oak Street Hotel Company, Appellees.

Gen. No. 44,535.

opinion filed November 1, 1948; released for publication November 16, 1948. Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel; Grover D. Rose and Deming, Jarrett & Mulfinger, for appellees. Opinion by JUSTICE TUOHY. Not to be published in full.

People of State of Illinois ex rel. David King et al., Appellees, v. Walter L. Gregory et al., Appellants.

Gen. No. 43,976.